UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Bently Jameson</u>

           v.                                Civil No. 09-cv-237-JD

<u>Social Security Administration</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated March 15, 2010.

SO ORDERED.

April 14, 2010                                             <u>*/s/ Joseph A. DiClerico, Jr.*</u>
                                                                   Joseph A. DiClerico, Jr.
                                                                     United States District Judge

cc:    Francis Jackson, Esq.
        Karen Fitzmaurice, Esq.
        T. David Plourde, Esq.
        Seth Aframe, Esq.